**FILED**
**APR 07 2005**
ARLEN B. COYLE, CLERK
By/s/ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| PERCY WHITFIELD, ET AL. | PLAINTIFFS |
| VERSUS | LEAD CASE NO. 1:03CV287-D-A |
| KERR-McGEE CORPORATION, ET AL. | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| CHARLENE BUCKNER, ET AL. | PLAINTIFFS |
| VERSUS | LEAD CASE NO. 1:03CV332-D-A |
| KERR-McGEE CORPORATION, ET AL. | DEFENDANTS |

## NOTICE OF SERVICE
## OF
## GUNN PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

Please take notice that the Gunn Plaintiffs, by and through undersigned counsel, served on April 5, 2005, the Gunn Plaintiffs' Designation of Expert Witnesses pursuant to the Court's Case Management Order and Gunn Plaintiffs' Motion to Amend Case Management Order and to Designate Trial Plaintiffs.

Respectfully submitted,

_____
W. HOWARD GUNN, One of the Attorneys
for Gunn Plaintiffs

OF COUNSEL:
W. HOWARD GUNN
ATTORNEY AT LAW
310 SOUTH HICKORY STREET
PO BOX 157
ABERDEEN MS 39730
1/662-369-8533
1/662-369-9844 (FAX)
MSB NO. 5073

WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
605 2ND AVENUE NORTH
PO BOX 624
COLUMBUS MS 39703
1/662-329-2455
1/662-329-4411 (FAX)
MSB NO. 7964

ORLANDO R. RICHMOND, SR.
ATTORNEY AT LAW
RICHMOND SIMON & ABSTON
PO BOX 8599
COLUMBUS MS 39705
1/662-327-2722
1/662-327-2725
MSB NO. 9885

PHILIP T. DEAN
ATTORNEY AT LAW
PO BOX 1832
COLUMBUS MS 39703
1/662-327-7575
1/662-327-8246
MSB NO. 6009
n16271

## CERTIFICATE OF SERVICE

I, W. Howard Gunn, one of the Attorneys for Plaintiffs represented by Attorney W. Howard Gunn in the above styled and numbered LEAD CASE NO. 1:03CV332-D-A, do hereby certify that I have this day mailed a true and correct copy of the above and foregoing **NOTICE OF SERVICE OF GUNN PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES** to:

> J. Gordon Flowers
> Scott F. Singley
> Attorneys at Law
> PO Box 1111
> Columbus MS 39703
>
> Robert G. Gibbs
> Christopher A. Shapley
> William Trey Jones, III
> Attorneys at Law
> PO Drawer 119
> Jackson MS 39205-0119

John M. Johnson
William S. Cox, III
Philip Bridwell
Jackson R. Sharman, III
Lana K. Alcorn
Attorneys at Law
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

John Crump
Attorney at Law
PO Box 1362
Tupelo MS 38802

Wilbur Colom
Attorney at Law
PO Box 866
Columbus MS 39703

So certified on this the 6th day of April, 2005.

W. HOWARD GUNN