IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PERCY WHITFIELD, ET AL                                              PLAINTIFFS

VS.                                **LEAD CASE NO. 1:03CV287-D-A**
                                               **CONSOLIDATED**

KERR-McGEE CORPORATION, ET AL                          DEFENDANTS

ORDER CONSOLIDATING CASES FOR PURPOSES OF DISCOVERY

In light of confusion generated by the court's previous order consolidating some of these cases under two different case numbers, the undersigned hereby orders, *sua sponte*, that as the Kerr-McGee cases have been consolidated for purposes of discovery, it would simplify the filing and docketing in these cases for all parties to file their pleadings in one lead case. Therefore, counsel are directed to henceforth file all documents in any of the related cases in case number *1:03cv287-D-A, Whitfield, et al v. Kerr-McGee et al*. **It is no longer necessary to docket in two lead cases**. As was previously ordered in the court's prior consolidation orders, the word "CONSOLIDATED" must appear directly under the lead case number.

The Clerk's Office shall docket and file all documents in the lead case unless counsel directs otherwise. Counsel for all plaintiffs shall be added to the docket of the lead case, 1:03cv287-D-A, for notice purposes. Documents may be filed in all cases if counsel places the words "TO BE FILED IN ALL CASES" in the caption under the last case number and provides the appropriate number of copies. Likewise, if for any reason counsel would like for a pleading to be filed any other individual case, they should conspicuously note in the caption of the case

both the individual case caption and number and the lead case number; such instances, however, should be rare and should be the exception to the rule. As a general rule, all documents should be docketed in the lead case **only.**

    SO ORDERED.

    THIS, the 5th day of May, 2005.

                                               /s/ S. ALLAN ALEXANDER
                                               UNITED STATES MAGISTRATE JUDGE